Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
для the
Newark District of New Jersey
Civil Division

Wallace Clay Dennis
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Gold Coast Cadillac
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Wallace Clay Dennis
Street Address: 27 Monarch Circle
City and County: Basking Ridge, Somerset County
State and Zip Code: New Jersey 07920
Telephone Number: (908) 647-0537
E-mail Address: N/A

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (*if known*). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Gold Coast Cadillac
- Job or Title (if known): OWNER
- Street Address: 2123 Highway 35
- City and County: Oakhurst, Monmouth County
- State and Zip Code: New Jersey 07755
- Telephone Number: (732) 695-1400
- E-mail Address (if known): UNKNOWN

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fraud, Forgery, Consumer Fraud, Contract Fraud, Negligence.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant wrecked my vehicle at their dealership. They forged my signature on a contract and gave me back an unsafe vehicle after being repaired incorrectly. My 2012 Cadillac SRX 4x4 Luxury Collection. The damage was done on February 4, 2016.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want the cost of a new car. $55,000.00 for the fraud of damaging my vehicle and forging my signature on a contract.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 9, 2019

Signature of Plaintiff: *Wallace C. Dennis*

Printed Name of Plaintiff: Wallace C. Dennis

#### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# Your New Benefit Amount

**BENEFICIARY'S NAME:** WALLACE C DENNIS

Your Social Security benefits will increase by 0.3% percent in 2017 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

### How Much Will I Get And When?
- Your monthly amount (before deductions) is                                                $1,881.00
- The amount we deduct for Medicare medical insurance is                                     $111.00
  (If you did not have Medicare as of November 17, 2016,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is                             $0.00
  (We will notify you if the amount changes in 2017. If you did not elect
  withholding as of November 1, 2016, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is                                $0.00
  (If you did not elect voluntary tax withholding as of
  November 17, 2016, we show $0.00.)
- After we take any other deductions, you will receive                                     $1,770.00
  on or about Jan. 3, 2017.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at ***www.godirect.org*** online.

### What If I Have Questions?
- Visit our website at ***www.socialsecurity.gov*** for more information about Social Security
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**) if you have questions. If you speak Spanish, press 7. For other languages, wait until we answer, and then ask for an interpreter.
- Contact your local Social Security office, or contact any United States embassy or consulate office when outside the United States.

                              2ND FLOOR
                              2200 STATE RT 10
                              PARSIPPANY NJ 07054

### Help For Seniors
The Eldercare Locator is a free service of the U.S. Administration on Aging. Call **1-800-677-1116** or visit ***www.eldercare.gov*** to learn about in-home supportive services, nutrition and wellness programs, transportation, and caregiving help for seniors in your community.

# Social Security Administration

Date: August 14, 2007
Claim Number: 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A

1BEV010001313  0.345  MB  0.360    T00000006

WALLACE C DENNIS
27 MONARCH CIR
BASKING RIDGE NJ 07920-3159

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning February 2007, the full monthly Social Security benefit before any deductions is $ 0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 0.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

Benefits were suspended beginning February 2007.

## Information About Past Social Security Benefits

From December 2006 to January 2007, the full monthly Social Security benefit before any deductions was $ 1593.50.

We deducted $93.50 for medical insurance premiums each month.

The regular monthly Social Security payment was $ 1500.00.
(We must round down to the whole dollar.)

## Date of Birth Information

The date of birth shown on our records is April 16, 1961.

See Next Page